[No. 68473-6-I.   Division One.   February 25, 2013.]

THE CITY OF MONROE, *Appellant*, v. WASHINGTON CAMPAIGN FOR LIBERTY ET AL., *Defendants*, SEEDS OF LIBERTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-06796-1, George N. Bowden, J., entered February 14, 2012. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker, J.; Dwyer, J., concurring separately.

[No. 39420-1-II.   Division Two.   February 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AQUARIUS TYREE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03531-5, Katherine M. Stolz, J., entered June 12, 2009. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 41769-3-II.   Division Two.   February 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ETIENNE LUCIER CHOQUETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00407-1, Kenneth D. Williams, J., entered February 3, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Van Deren, J., and Bridgewater, J. Pro Tem.

[No. 41999-8-II.   Division Two.   February 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMEN LUCERO DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-02073-6, Robert A. Lewis, J., entered March 30, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt, J.; Bjorgen, J., concurring separately.